Ent/1998R01993

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA      :    Hon.

     v.      :    Criminal No. 99-12 Sans

ELENA RODRIGUEZ      :    31 U.S.C. § 5324 and 18 U.S.C. § 2

## I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

Between in or about June 1996, and in or about December 1996, in Union County, in the District of New Jersey, and elsewhere, the defendant,

### ELENA RODRIGUEZ,

did knowingly, for the purpose of evading the currency transaction reporting requirements of 31 U.S.C. § 5313(a), structure and assist in structuring transactions with one or more domestic financial institutions by causing United States currency to be deposited in amounts less than $10,000.

In violation of Title 31, United States Code, Section 5324 and Title 18, United States Code, Section 2.

FILED

1 3 1999

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

FAITH S. HOCHBERG
UNITED STATES ATTORNEY

Criminal No. 98-

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE UNITED STATES OF AMERICA

vs.

ELENA RODRIGUEZ

## INFORMATION

31 U.S.C. § 5324 and 18 U.S.C. § 2

**FAITH S. HOCHBERG**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

*By: Elliot N. Turrini*
*Assistant U.S. Attorney*