# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | Criminal No. 99-12 |
| ELENA RODRIGUEZ | : | |

I, ELENA RODRIGUEZ, the above named defendant, who is accused of the structuring and assisting in structuring transactions with financial institutions to avoid federal currency transaction reporting requirements in Union County in the District of New Jersey and elsewhere between in or about June 1996, and on or about December 1996, in violation of 31 U.S.C. § 5324 and 18 U.S.C. § 2, and having been being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on January 13, 1998, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant ELENA RODRIGUEZ

_____
Lorraine Gauli-Rufo
Assistant Federal Public Defender
Counsel for Defendant

Before: _____
Hon.
United States District Judge

FILED
AT 8:30
WILLIAM T. WALSH
CLERK